UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY P.X. BOTHWELL,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN O. BRENNAN, et al.,<br><br>    Defendants. | Case No. 13-cv-05439-JSC<br><br>**ORDER RE: CASE SCHEDULE** |

Upon review of the parties' Joint Case Management Conference Statement, the case management conference scheduled for April 3, 2014 is VACATED. The following schedule shall apply to Defendant's motion for summary judgment:

| | |
|---|---|
| Defendant files motion for summary judgment: | July 10, 2014 |
| Plaintiff files opposition: | August 14, 2014 |
| Hearing: | August 28, 2014 |

**IT IS SO ORDERED.**

Dated: April 2, 104

                                                  *Jacqueline S. Corley*
JACQUELINE SCOTT CORLEY
United States Magistrate Judge