UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY P.X. BOTHWELL,<br><br>   Plaintiff,<br><br>   v.<br><br>JOHN O. BRENNAN, et al.,<br><br>   Defendants. | Case No. 13-cv-05439-JSC<br><br>**ORDER ADOPTING BRIEFING SCHEDULE AND VACATING CASE MANAGEMENT CONFERENCE** |

Upon review of the parties' joint case management conference statement (Dkt. No. 26), the case management conference scheduled for July 10, 2014 is VACATED.  The Court adopts the following briefing schedule for Defendant's motion for summary judgment:

| | |
|---|---|
| Defendant's motion for summary judgment: | August 11, 2014 |
| Plaintiff's opposition: | September 2, 2014 |
| Defendant's reply: | September 16, 2014 |
| Hearing: | October 2, 2014 at 9:00 a.m. |

**IT IS SO ORDERED.**

Dated: July 9, 2014

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge